

# Your Missouri Courts

Search for Cases by: Select Search Method... ▼

| Judicial Links | eFiling | Help | Contact Us | Print | GrantedPublicAccess **Logoff** TINANBABEL |

**19SL-CC02736 - ANGELA L PORTER V DAVID R PORTER (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending ○ Ascending

Display Options: All Entries ▼

---

**08/06/2019** ☐ **Cert Serv of Interrog Filed**
Certificate of Service.
    **Filed By:** TERESA DALE PUPILLO
    **On Behalf Of:** ANGELA L PORTER

**07/22/2019** ☐ **Summons Issued-Circuit**
Document ID: 19-SMCC-6544, for PORTER, DAVID R. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**07/10/2019** ☐ **Note to Clerk eFiling**
☐ **Summ Req-Circuit Pers Serv**
Request for Summons; Electronic Filing Certificate of Service.
    **On Behalf Of:** ANGELA L PORTER

**07/03/2019** ☐ **Confid Filing Info Sheet Filed**
☐ **Filing Info Sheet eFiling**
    **Filed By:** TERESA DALE PUPILLO
☐ **Pet Filed in Circuit Ct**
Petition
    **On Behalf Of:** ANGELA L PORTER
☐ **Judge Assigned**
DIV 2

---

Case.net Version 5.14.0.11      Return to Top of Page      Released 04/25/2019

**Exhibit A**