UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA L. PORTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:19-cv-02350 |
| DAVID R. PORTER, | ) ) ) |
| Defendant. | ) |

## MOTION TO VOLUNTARILY DISMISS

COMES NOW Plaintiff Angela L. Porter and pursuant to this Court's Orders dated February 11, 2020 and April 13, 2020, and Fed. R. Civ. P. 41(a)(2) and moves this Court for leave to voluntarily dismiss this action with prejudice with each side to bear his or her own costs.

Respectfully submitted.

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

By:  */s/ Teresa Dale Pupillo*
Teresa Dale Pupillo, #42975MO
8182 Maryland Avenue, Fifteenth Floor
St. Louis, Missouri 63105
Telephone: (314) 505-5466
Facsimile: (314) 505-5467
pupillo@capessokol.com

*Attorneys for Plaintiff Angela L. Porter*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on April 24, 2020 the foregoing was served via this Court's electronic filing system upon all parties of record.

 */s/ Teresa Dale Pupillo*